**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 16 EM 2023
                       :
            Respondent         :
                       :
                       :
             v.                 :
                       :
                       :
KEVIN BATES,                   :
                       :
           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1ˢᵗ day of June, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.